■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS LEGG, JR., Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's contention that he was denied effective assistance of counsel lacks merit. He has failed to show the absence of a legitimate explanation for counsel's failure to make pretrial motions *(see, People v Rivera,* 71 NY2d 705, 709). The record reflects a reasonable defense strategy, albeit an unsuccessful one. (Appeal from

judgment of Supreme Court, Erie County, Kasler, J.—rape, first degree; sodomy, first degree.) Present—Denman, J. P., Boomer, Pine, Balio and Lawton, JJ.